Stephen M. Reynolds
Trustee in Bankruptcy
424 Second Street
Davis, CA 95616
Tel: (530) 297-5030
Fax: (530) 297-5077



FILED
FEB 16 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:  Case No: 01-21989

LeBeck Construction Company, Inc.

dba: LeBeck Company

NOTICE OF UNCLAIMED FUNDS

Stephen M. Reynolds, Trustee for the above estate, (hereinafter, 'Trustee'), hereby gives notice that a check, in the amount of $4106.04, will be tendered to the Clerk of the United States Bankruptcy Court. These funds represent unclaimed dividends in the above estate. The payment of this amount will not reduce the balance of the estate funds to $0.00. Said funds are paid over to the Court pursuant to F.R.B.P. 3011. The name and other particulars of the claim related to this unclaimed dividend are shown below.

Claim No.: 97     Claim: $458,864.41     Check Amount: $4106.04

Creditor: Equiva Services

    c/o David Cardiff

    1 Embarcadero Center #2350

    San Francisco, CA 94111

In attempting to properly pay this claim, the Trustee has issued an original check and a replacement check, neither of which has ever been cashed..

## CERTIFICATION

I, Stephen M. Reynolds, hereby certify under penalty of perjury that I have read the foregoing Notice of Unclaimed Funds. I further certify that the information contained therein is true and correct to the best my knowledge and belief. Executed at Davis, California on February 5, 2011.

/s/ *Stephen M. Reynolds*
Stephen M. Reynolds
Trustee in Bankruptcy